J & M LAND CO. v. TOWNSHIP OF UPPER.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBIN SPELLER.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES THOMAS.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JERRY ABRAMS.

November 21, 1983.

Petition for certification denied.